982

No. 98–254. PRINCESS CRUISES, INC. v. GENERAL ELECTRIC Co. C. A. 4th Cir. Certiorari denied.

No. 98–385. EARLES ET AL. v. STATE BOARD OF CERTIFIED PUBLIC ACCOUNTANTS OF LOUISIANA ET AL. C. A. 5th Cir. Certiorari denied.

No. 98–400. SMITH, TRUSTEE FOR THE ESTATES OF HANSON ET AL. v. LASER, WILSON, BUFORD & WATTS, P. C., ET AL. C. A. 8th Cir. Certiorari denied.

No. 98–403. MENCER v. HAMMONDS. C. A. 11th Cir. Certiorari denied.

No. 98–407. PIANO ET UX. v. NASUTI, TRUSTEE. C. A. 11th Cir. Certiorari denied.

No. 98–409. DUFFIELD v. ROBERTSON, STEPHENS & Co. C. A. 9th Cir. Certiorari denied.

No. 98–410. FISTER, PARENT AND GUARDIAN OF FISTER v. MINNESOTA NEW COUNTRY SCHOOL. C. A. 8th Cir. Certiorari denied.

No. 98–411. HUBER v. DISTRICT OF COLUMBIA BOARD ON PROFESSIONAL RESPONSIBILITY ET AL. Ct. App. D. C. Certiorari denied.

No. 98–412. JACKSON v. NCT CORP. ET AL. C. A. 4th Cir. Certiorari denied.

No. 98–418. WYOMING DEPARTMENT OF TRANSPORTATION v. STRAIGHT. C. A. 10th Cir. Certiorari denied.

No. 98–423. THOMPSON v. DEPARTMENT OF THE NAVY. C. A. D. C. Cir. Certiorari denied.

No. 98–445. BATCHELDER, INDIVIDUALLY AND DERIVATIVELY ON BEHALF OF HONDA MOTOR CO., LTD., ET AL. v. KAWAMOTO ET AL. C. A. 9th Cir. Certiorari denied.

No. 98–448. STEWART v. STEWART. Ct. App. N. C. Certiorari denied.